*ORDER*

PER CURIAM.

Patsy Willis, a permanent teacher in the St. Louis Public Schools, appeals the trial court's judgment affirming the decision of the Board of Education of the City of St. Louis to terminate her employment for violating Board Regulations. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Before KENNETH M. ROMINES, C.J., ROBERT G. DOWD, JR., J., and ROY L. RICHTER, J.

*ORDER*

PER CURIAM.

Anne Rothschild ("Rothschild") appeals the trial court's judgment in favor of defendant Stanley Librach M.D. ("Dr. Librach") in Rothschild's medical malpractice suit against Dr. Librach. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

∎

**Anne ROTHSCHILD, Appellant,**

**v.**

**Stanley LIBRACH, M.D., Respondent.**

**No. ED 93466.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 23, 2010.

Alvin Wolff, Jr., Mandy J. Hobson, St. Louis, MO, for Appellant.

Mandy J. Hobson, Kevin O'Malley, St. Louis, MO, for Respondent.

∎

**Florence BILLS, Respondent,**

**v.**

**EXPRESS SCRIPTS, Appellant,**

**and**

**Treasurer of Missouri as Custodian of Second Injury Fund, Respondent.**

**No. ED 93507.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 23, 2010.